B4 (Official Form 4) (12/07)

**United States Bankruptcy Court**
**Northern District of California**

IN RE:     Case No. **11-12749**

**American Tonerserv Corp.**     Chapter **11**

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| **Berger, James E.**<br>**861 Wildwood Trail**<br>**Santa Rosa, CA  95409** | | promissory note | | **1,000,000.00** |
| **Hillmann, Robert**<br>**6191 Vine Hill School Rd.**<br>**Sebastopol, CA  95472** | | promissory note | | **519,150.00** |
| **First Bank & Trust As Custodian**<br>**Of Ronald L. Chez IRA**<br>**C/O Howard Friedman, 6745 N. Kilpatrick**<br>**Lincolnwood, IL  60712** | | promissory note | | **500,000.00** |
| **DeBenedetti, Sharon**<br>**PO Box 1722**<br>**Healdsburg, CA  95448** | | promissory note | | **467,235.00** |
| **Galt Asset Management LLC**<br>**223 Wall Street, Suite 144**<br>**Huntington, NY  11743** | | promissory note | | **450,000.00** |
| **Laier, Jr., James G.**<br>**1080 Airport Blvd.**<br>**Santa Rosa, CA  95403-1005** | | promissory note | | **207,660.00** |
| **Hillmann, Robert**<br>**6191 Vine Hill School Rd.**<br>**Sebastopol, CA  95472** | | promissory note | | **200,000.00** |
| **Nukote International, Inc. - NI01**<br>**PO Box 641954**<br>**Cincinnati, OH  45264-1954** | | | | **178,837.39** |
| **Brody Enterprises - Sun Products**<br>**C/O Glassberg, Pollack & Assoc.**<br>**425 California St Ste 850**<br>**San Francisco, CA  94104-2110** | Levine, Adam<br>Law Offices Of Daniel Marks<br>530 Las Vegas Blvd S Ste 300<br>Las Vegas, NV  89101-6512 | promissory note | | **161,082.00**<br>**Collateral:**<br>**10,400.00**<br>**Unsecured:**<br>**150,682.00** |
| **Laier, Jr., James G.**<br>**1080 Airport Blvd.**<br>**Santa Rosa, CA  95403-1005** | | promissory note | | **150,000.00** |
| **Perry-Smith, LLP Accountants**<br>**400 Capitol Mall, Suite 1200**<br>**Sacramento, CA  95814** | | accounting | | **137,334.00** |
| **Archambeau, Paul L.**<br>**380 Tesconi Court**<br>**Santa Rosa, CA  95404** | | promissory note | | **103,830.00** |
| **Amparano, Catherine E.**<br>**9 Leona Drive**<br>**San Rafael, CA  94903** | | promissory note | | **103,830.00** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| Creditor | Description | Contact | Amount |
|---|---|---|---|
| **Henry A. Reynaud Living Trust**<br>226 Liberty Street<br>Petaluma, CA  94952 | promissory note | | 103,830.00 |
| **The Douglas G. Lynn Trust Agreement**<br>**Dated May 4, 1998**<br>1513 Madrona Ave.<br>St. Helena, CA  94952 | promissory note | | 103,830.00 |
| **Deustrel, Jean**<br>80 Oak Tree Dr<br>Santa Rosa, CA  95401-5576 | promissory note | | 100,000.00 |
| **Destruel, Kevin**<br>80 Oak Tree Drive<br>Santa Rosa, CA  95401 | promissory note | | 100,000.00 |
| **Gutierrez, Robert**<br>2333 Slater Street<br>Santa Rosa, CA  95401 | promissory note | | 100,000.00 |
| **Douglas, Lew**<br>2036 Nevada City Hwy #570<br>Grass Valley, CA  95945 | promissory note | | 100,000.00 |
| **Dell Computer Corporation**<br>**Heather Cox**<br>**One Dell Way**<br>**Round Rock, TX  78682** | | Heather Cox<br>(800) 915-3355 | 99,309.13 |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, [the president *or* other officer *or* an authorized agent of the corporation][*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **July 20, 2011**     Signature: ***/s/ Daniel Brinker***

**Daniel Brinker, Chief Financial Officer**
<br>(Print Name and Title)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only